HELEN VIRANO, Appellant, *v.* ROBERT RODTZ, Respondent, Impleaded with Another.

(Submitted June 5, 1936; decided July 8, 1936.)

490

*Nicholas Reigi* and *Emil J. Reigi* for appellant.
*William A. Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.